UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GUILLERMO CORRALES, | ) | No. CV 10-00049-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SYLVIA H. GARCIA, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 3/30/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE